# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/27/2022 12:16:41 PM
Filing ID 14365721

O'STEEN & HARRISON
ATTORNEYS AT LAW

Matthew P. MacLeod, Esq. – State Bar #022573
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
(602) 252-8888
(602) 274-1209 FAX
mmacleod@vanosteen.com
**Attorneys for Plaintiff**

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ALEXANDRA SINGMASTER, a single woman,<br><br>         Plaintiff<br><br>vs<br><br>ULTA SALON COSMETICS & FRAGRANCE, INC., a foreign corporation, dba ULTA BEAUTY; ULTA BEAUTY COSMETICS, LLC, dba ULTA BEAUTY;  JOHN DOES AND JANE DOES I-X; ABC BUSINESS ENTITIES I-X,<br><br>         Defendants. | NO.  CV2022-006732<br><br>**COMPLAINT**<br>**(Tort Non-Motor Vehicle, Negligence)**<br><br>**(DEMAND FOR JURY TRIAL)** |

Plaintiff, for her Complaint against Defendants, allege the following:

### PARTIES, JURISDICTION AND VENUE

1.     Plaintiff Alexandra Singmaster, at all times material hereto, was a resident of the County of Maricopa, State of Arizona.

2.     Defendant Ulta Salon Cosmetics & Fragrance, Inc., a foreign corporation, dba Ulta Beauty, (herein "ULTA"), is and was authorized to do business in the State of Arizona.

O'STEEN *&* HARRISON
ATTORNEYS AT LAW

At all times material hereto, Defendant ULTA was doing business in Maricopa County in the State of Arizona.

3.      Defendant ULTA Beauty Cosmetics, LLC., a foreign company, dba ULTA Beauty, (herein "ULTA LLC"), is and was authorized to do business in the State of Arizona. At all times material hereto, Defendant ULTA LLC was doing business in Maricopa County in the State of Arizona.

4.      Defendants ULTA and/or ULTA LLC is and was at all times relevant hereto, an owner and operator of a cosmetic salon doing business as Ulta Beauty, located at 55 S. McClintock Drive, Tempe, Arizona.

5.      Defendants John and Jane Does I-X, ABC Business Entities I-X are persons, corporations, companies, partnerships or other entities which are believed to have participated in the wrongs alleged in this Complaint.  Leave to amend will be sought when the true identities of these defendants become known.

6.      All Defendants herein have individually and collectively caused events to occur in the State of Arizona in the County of Maricopa.

7.      Defendants have caused Plaintiff's damages in an amount exceeding the jurisdiction limit of this court.

8.      Plaintiff has incurred damages in an amount exceeding the minimum jurisdictional limits of this Court.

9.      Jurisdiction and venue are proper in Maricopa County, Arizona.

O'STEEN &HARRISON
ATTORNEYS AT LAW

# FACTUAL BACKGROUND

10.     On March 27, 2021, Plaintiff Alexander Singmaster visited the subject Ulta location in Tempe, Arizona for a benefit brow wax and benefit tint combination service. Upon information and belief, Plaintiff's brow procedures were performed by technicians/employees/agents of ULTA and/or ULTA LLC, acting in the course and scope of their employment/agency with Defendants ULTA and/or ULTA, LLC.

11.     Upon information and belief, Plaintiff Singmaster was never warned of the side effects and risks associated with these procedures.

12.     Shortly after the subject brow and tint procedure, Ms. Singmaster's eyes began swelling and burning. The subject burning and swelling of her bilateral eyes evolved into eyebrow cellulitis and facial cellulitis.

13.     Defendants held themselves out as skilled beauty consultants and cosmetologists and Plaintiff relied on these representations.

14.     In exchange for valuable consideration, Defendants represented that they would provide reasonable and proper care to Plaintiffs in a careful, competent and skilled manner, in an effort to avoid infections.

15.     Defendants had a duty to keep customers safe, like Ms. Singmaster, safe.

16.     Defendants had a duty to provide reasonable and safe beauty care.

17.     Defendant had a duty to maintain and administer property infection control.

18.     Defendants had a duty to protect and keep Plaintiff free of injury and infection.

19.     Defendants had a duty to minimize and mitigate the risk of infection.

20.     Defendants had a duty to minimize and mitigate the risk of allergic reaction.

O'STEEN&HARRISON
ATTORNEYS AT LAW

21.    Defendants breached those duties.

22.    As a result of Defendants' breach of these duties, Plaintiff was injured and sustained general and special damages in an amount according to the proof at trial.

## COUNT I

## (NEGLIGENCE)

## (All Defendants)

23.    Plaintiff incorporates by reference all prior allegations as though fully set forth below.

24.    At all relevant times, Defendants, through their agents and employees, owed a duty to exercise reasonable and safe care in providing cosmetic services to the public, like Plaintiff Singmaster.

25.    Defendants breached these duties.  The acts and omissions by Defendants described above constitute negligence.

26.    As a direct and proximate result of Defendants' negligence, Plaintiff Alexandra Singmaster sustained physical and emotional injuries, some of which are permanent in nature.

27.    As a direct and proximate result, Alexandra has incurred medical bills and related expenses and will incur expenses in the future.

28.    As a direct and proximate result of Defendants' negligence, Alexandra has incurred wage loss.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury in this matter.

. . .

. . .

O'STEEN & HARRISON
ATTORNEYS AT LAW

## RULE 26.2 TIER DESIGNATION

Due to the conduct of defendants, and each of them, and the losses experienced by Plaintiff, Plaintiff is entitled to damages at a tier 2 level within the criteria of rule 26.2(b)(2).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, and each of them, including:

A. For general damages and losses being incurred now and in the future in an amount reasonable and proper;

B. For past, present and future medical bills and related expenses;

C. For loss of wages resulting from this accident;

D. For all Plaintiff's costs incurred herein;

E. For pre- and post-judgment interest as allowed by law; and

F. For such other and future relief as this Court deems just and proper.

DATED this 27th day of May, 2022.

O'STEEN & HARRISON, PLC

Matthew P. MacLeod
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
Attorneys for Plaintiff

# EXHIBIT 2

## DECLARATION OF JILL ANN HERMAN IN SUPPORT OF
## NOTICE OF REMOVAL

I, Jill Ann Herman, declare as follows:

1.     I am an attorney licensed to practice in all Courts in the State of Arizona, including the United States District Court for the District of Arizona and the United States Ninth Circuit Court of Appeals.

2.     I am a partner at the law firm of Christian Dichter & Sluga, P.C., which represents Defendants Ulta Salon, Cosmetics & Fragrance, Inc. and Ulta Beauty Cosmetics, LLC (collectively, "Defendants").

3.     This declaration is based upon my personal knowledge, and I am competent to testify as to the same if called upon to do so.

4.     Per their respective Certificate of Service, on June 1, 2022, Defendants were served with the Summons and Complaint in this matter.  *See,* Exhibits 6 and 7.

5.     Defendants consent to the removal of this action to Federal Court.

6.     Attached as Exhibits 1, 3 - 7 are true and correct copies of the state court pleadings provided by the Courtroom Clerk for Maricopa County Superior Court to our office.

7.     Attached as Exhibit 8 is a true and correct copy of the docket for the underlining proceeding, Maricopa County Superior Court Action No. CV2022-006732, captioned *Ulta Salon Cosmetics & Fragrance, Inc., dba Ulta Beauty, Ulta Beauty Cosmetics, LLC dba Ulta Beauty*.

8.     Ulta Salon, Cosmetics & Fragrance, Inc. is a Delaware Corporation.

9.  Ulta Beauty Cosmetics, LLC is a Florida limited liability company.  Its members are Kecia Steelman and Defendant Ulta Salon Cosmetics & Fragrance, Inc.

10.  Kecia Steelman is a citizen of the State of Illinois.

11.  I have reviewed correspondence from Plaintiff's counsel, dated October 12, 2021, demanding $250,000 for settlement of the claim.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 30th day of June, 2022.

JILL ANN HERMAN

2

# EXHIBIT 3

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/27/2022 12:16:41 PM
Filing ID 14365723

Person/Attorney Filing: Matt P MacLeod
Mailing Address: 300 W Clarendon Ave Ste 400
City, State, Zip Code: Phoenix, AZ 85013
Phone Number: (602)252-8888
E-Mail Address: mmacleod@vanosteen.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022573, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Alexandra Singmaster<br>Plaintiff(s),<br>v.<br>Ulta Salon Cosmetics & Fragrance,<br>Inc, DBA Ulta Beauty, et al.<br>Defendant(s). | Case No. **CV2022-006732**<br><br>**CERTIFICATE OF**<br>**COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Matt P MacLeod /s/
Plaintiff/Attorney for Plaintiff

# EXHIBIT 4

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/27/2022 12:16:41 PM
Filing ID 14365724

Person/Attorney Filing: Matt P MacLeod
Mailing Address: 300 W Clarendon Ave Ste 400
City, State, Zip Code: Phoenix, AZ 85013
Phone Number: (602)252-8888
E-Mail Address: mmacleod@vanosteen.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022573, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Alexandra Singmaster<br>Plaintiff(s),<br>v.<br>Ulta Salon Cosmetics & Fragrance,<br>Inc, DBA Ulta Beauty, et al.<br>Defendant(s). | Case No. **CV2022-006732**<br><br>**SUMMONS** |

To: Ulta Salon Cosmetics & Fragrance, Inc, DBA Ulta Beauty

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 27, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

# EXHIBIT 5

Clerk of the Superior Court
*** Electronically Filed ***
A. Marquez, Deputy
5/27/2022 12:16:41 PM
Filing ID 14365725

Person/Attorney Filing: Matt P MacLeod
Mailing Address: 300 W Clarendon Ave Ste 400
City, State, Zip Code: Phoenix, AZ 85013
Phone Number: (602)252-8888
E-Mail Address: mmacleod@vanosteen.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022573, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Alexandra Singmaster
Plaintiff(s),
v.
Ulta Salon Cosmetics & Fragrance,
Inc, DBA Ulta Beauty, et al.
Defendant(s).

Case No.  CV2022-006732

**SUMMONS**

To: Ulta Beauty Cosmetics, LLC, DBA Ulta Beauty

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
Answer in writing with the Court, and you must pay the required filing fee. To file your
Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents
in this case.

3. If this Summons and the other court papers were served on you within the State of
Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
date of service, not counting the day of service. If this Summons and the other court papers
were served on you outside the State of Arizona, your Answer must be filed within
THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *May 27, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *ARASELI MARQUEZ*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6853186

# EXHIBIT 6

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

22 JUN -3  AM II: 26

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA    FILED

IN AND FOR THE COUNTY OF MARICOPA    BY C. O'NEILL, DEP

ALEXANDRA SINGMASTER, a single woman,

            Plaintiff,

    vs.

ULTRA SALON COSMETICS & FRAGRANCE,
INS., a foreign corporation, dba ULTRA BEAUTY,
et al,

            Defendants.

Case No.: CV2022-006732

Certificate of Service

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith Blanchard, being duly sworn states: That I am qualified to serve process in this cause, having been appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action: Summons, Complaint and Certificate of Compulsory Arbitration from Matthew P. MacLeod (022573) of O'STEEN & HARRISON, PLC, on June 1, 2022, and in each instance, I personally served a copy of each document listed above on those named below in the manner and at the time and place shown:

Service upon: **Ultra Salon Cosmetics & Fragrance, Inc., a foreign corporation dba Ultra Beauty,** by serving two true copies of the documents upon Valjeana Begay, (Native American female, 32, 5'7", 150 lbs., brown hair, eyeglasses) authorized to accept service for Corporation Service Company, Statutory Agent, at its usual place of business. Service effected at 8825 N. 23rd Ave, Suite 100, Phoenix, AZ 85021. Service completed on June 1, 2022 at 12:00 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed on this date: June 1, 2022.

                                     Keith Blanchard, Affiant

|   |   |   |
|---|---|---|
| $ | 16.00 | Service |
| $ | 28.80 (12) | Mileage |
| $ | 10.00 | Processing Fee |
| $ | 62.80 | Total |

# EXHIBIT 7

Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762



CLERK OF THE
SUPERIOR COURT
RECEIVED CCC #4
NIGHT DEPOSITORY

22 JUN -3  AM II: 26

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

FILED
BY C. O'NEILL, DEP

ALEXANDRA SINGMASTER, a single woman,

                    Plaintiff,

                                                    Case No.: CV2022-006732

          vs.

                                                    Certificate of Service

ULTRA SALON COSMETICS & FRAGRANCE,
INS., a foreign corporation, dba ULTRA BEAUTY,
et al,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Keith Blanchard, being duly sworn states: That I am qualified to serve process in this
cause, having been appointed by the Superior Court in Maricopa County. I swear under
the penalty of perjury that the following is true and accurate. I received the following
documents in this action: Summons, Complaint and Certificate of Compulsory
Arbitration from Matthew P. MacLeod (022573) of O'STEEN & HARRISON, PLC, on
June 1, 2022, and in each instance, I personally served a copy of each document listed
above on those named below in the manner and at the time and place shown:

Service upon: **Ultra Beauty Cosmetics, LLC dba Ultra Beauty,** by serving two true
copies of the documents upon Valjeana Begay, (Native American female, 32, 5'7", 150
lbs., brown hair, eyeglasses) authorized to accept service for Corporation Service
Company, Statutory Agent, at its usual place of business. Service effected at 8825 N. 23rd
Ave, Suite 100, Phoenix, AZ 85021. Service completed on June 1, 2022 at 12:00 p.m.

I declare under penalty of perjury that the forgoing is true and correct and was executed
on this date: June 1, 2022.

                              _Keith Blanchard_
                              Keith Blanchard, Affiant

                    $  16.00      Service
                  · $             Mileage
                    $  10.00      Processing Fee
                    $  32.00      Total

# EXHIBIT 8



Select Language          ▼

Powered by Google **Translate**

# Civil Court Case Information – Case History

## Case Information

| | | | |
|---|---|---|---|
| Case Number: | CV2022-006732 | Judge: | Duncan, Sally |
| File Date: | 5/27/2022 | Location: | Downtown |
| Case Type: | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Alexandra Singmaster | Plaintiff | Female | Matthew Macleod |
| Ulta Salon Cosmetics & Fragrance Inc | Defendant | | Pro Per |
| Ulta Beauty Cosmetics L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 6/3/2022 | AFS - Affidavit Of Service | 6/9/2022 | |
| **NOTE:** ULTRA BEAUTY COSMETICS | | | |
| 6/1/2022 | AFS - Affidavit Of Service | 6/9/2022 | |
| **NOTE:** ULTRA SALON COSMETICS & FRAGRANCE INC | | | |
| 5/27/2022 | COM - Complaint | 5/29/2022 | |
| **NOTE:** Complaint | | | |
| 5/27/2022 | CSH - Coversheet | 5/29/2022 | |
| **NOTE:** Civil Cover Sheet | | | |
| 5/27/2022 | CCN - Cert Arbitration - Not Subject | 5/29/2022 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 5/27/2022 | SUM - Summons | 5/29/2022 | |
| **NOTE:** Summons | | | |
| 5/27/2022 | SUM - Summons | 5/29/2022 | |
| **NOTE:** Summons | | | |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**